No. 94–9494. BELL *v.* BILANDIC ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–9495. CULLY *v.* SWEENEY ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 94–9496. GHAZALI *v.* MORAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–9497. FAISON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9498. HEMPHILL *v.* HOUSING AUTHORITY OF THE CITY OF CHARLESTON ET AL. Cir. Ct. Kanawha County, W. Va. Certiorari denied.

No. 94–9499. HOLSEY *v.* SMITH, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 94–9500. HOYE *v.* RICKARDS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–9501. GOLDMAN *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–9502. HARVEY *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–9504. SHEEHY ET UX. *v.* PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE, POTTER COUNTY ASSISTANCE OFFICE. Ct. Common Pleas of Potter County, Pa. Certiorari denied.

No. 94–9505. ATTWOOD *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 94–9506. McCARTY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–9507. AGUIRRE *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.